IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| CLIFTON THOMAS FOOTE, JR., | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. SAG-21-337 |
| STATE OF MARYLAND, | * | |
| Defendant. | * | |

\*\*\*

**ORDER**

On February 19, 2021, this Court issued an Order requiring Plaintiff Clifton Thomas Foote, Jr. to file an amended complaint and to either pay the full filing fee or file a Motion to Proceed in Forma Pauperis. ECF No. 2. Plaintiff was provided 28 days in which to file the supplemental information and was forewarned that failure to file the information required would result in dismissal of the Complaint. *Id.* Plaintiff has failed to file the required supplemental information.

Accordingly, it is this 6th day of April, 2021, by the United States District Court for the District of Maryland, hereby ORDERED that:

1. The Complaint IS DISMISSED without prejudice;
2. The Clerk IS DIRECTED to MAIL a copy of this Order to Plaintiff; and
3. The Clerk IS FURTHER DIRECTED to CLOSE this case.

/s/
Stephanie A. Gallagher
United States District Judge